MICHELE BECKWITH
Acting United States Attorney
ANTONIO PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00305-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| ALFREDO ALVAREZ SANCHEZ, RAUL MUNOZ NAVARRO, | |
| Defendants. | |

**STIPULATION**

1.   By previous order, this matter was set for status on February 19, 2025.

2.   By this stipulation, defendants now move to continue the status conference until June 18, 2025, and to exclude time between February 19, 2025, and June 18, 2025, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes voluminous wiretap data, extractions of digital devices, photographs, videos, and over 83,000 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)   Counsel for defendants desire additional time consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and

copy discovery, to discuss potential resolutions, to prepare pretrial motions, and otherwise prepare for trial.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 19, 2025 to June 18, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: February 10, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
|---|---|
| | /s/ ANTONIO PATACA<br>ANTONIO PATACA<br>Assistant United States Attorney |
| Dated: February 10, 2025 | /s/ CLEMENTE JIMENEZ<br>CLEMENTE JIMENEZ<br>Counsel for Defendant<br>RAUL NAVARRO |

Dated: February 10, 2025　　　　　　　　　　/s/ MARK REICHEL
　　　　　　　　　　　　　　　　　　　　　　MARK REICHEL
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　ALFREDO ALVAREZ SANCHEZ

**ORDER**

IT IS SO ORDERED.

Dated:   **February 10, 2025**　　　　　　　*/s/ Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE